

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00819-CV

**THE FREDERICKSBURG CARE COMPANY L.P.**, d/b/a Princeton Place Rehabilitation and Healthcare Medical Center,
Appellant

v.

Janie **RODRIGUEZ**, Individually and as Representative of the Estate of Benita Ybarra, Deceased, Arnulfo C. Ybarra, Jr., Individually, Irma C. Jennings, Individually, and Arnulfo N. Ybarra, Individually,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08982
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On February 14, 2014, appellees filed a response to the motion to abate which was filed by appellant on February 6, 2014. Appellant is ORDERED to file a reply to appellees' response no later than February 26, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court